FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

SEP 08 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Charlotte Division

Jeremiah Barwick

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Chief Head Public Defender
Tarra Collins
Ashton Little

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:25-cv-679-KDB
*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                        Jeremiah Barwick

All other names by which
you have been known:                Jeremy Barwick

ID Number                               512125

Current Institution                    Union Co Jail

Address                                    3344 Presson Rd.

Monroe                          NC              28112

| City | State | Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                        Chief Head Public Defender

Job or Title *(if known)*             Head Public Defender

Shield Number

Employer                                  Union Co, Office of Public Defender

Address                                    400 N. Main St, + or PoBox 1047

Monroe                          NC              28111

| City | State | Zip Code |

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                                        Tarra Collins

Job or Title *(if known)*             Public Defender

Shield Number

Employer                                  Union Co. Office of Public Defender

Address                                    400 N. Main St, + or PoBox 1047

Monroe                          NC              28111

| City | State | Zip Code |

☑ Individual capacity     ☑ Official capacity

Page 2 of 11

Defendant No. 3
    Name      Ashton Little
    Job or Title *(if known)*      Legal Assistant
    Shield Number
    Employer      Union Co Office Public Defender
    Address      400 N Main St. + or PO Box 1047

         Monroe      NC      28111

| City | State | Zip Code |

☑ Individual capacity      ☑ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*      N/A
    Shield Number
    Employer
    Address

| City | State | Zip Code |

☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     5th Amendment, due process of law   8th excessive bail, 6th denial access to courts, counsel, improper counsel.

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

     N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

No communication, prompt communication, improper Counsel

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.   See "Claim"

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Union Co. Jail, Monroe NC from July 10 trough Now

# "Claim"

I was arrested July 9th, 2025. I was given a video arrainment on July 10th, being told what my charge was and how much time it carried, and given a public defender. My next court date was set for August 28th. July 12th I recieved a letter from the Office of the Public Defender. The letter stated that Tarra Collins was assigned to represent me. If I had any request to reach out Ashton Little. That if I was unable to bond out, a remote appointment would be set up "shortly". I was told to send mail marked "legal mail" to PO Box 1047 Monroe, NC 28111. In this letter I was told I may not be brought to court for every court date if I was in custody, but if I wasn't, I would need to be present in court on all court dates to aviod an order of arrest?!.

On July 18th I wrote my lawyer asking for my court date to be moved up (sooner), a bond reduction or an unsecured bond. Also for a meeting or visit from my lawyer or Little. I have the right to a preliminary examination/probable cause hearing. I was not asked if I wanted to have one or waive my right to one. That hearing would be the first and probably the only time I would be able to hear the testimony before trial to hear testimony of those involved in my prose-cution, for the purposes of pre-trial and

trial preparation. After the preliminary examination, the right to be "arraigned" again.

I received no response to my letter so I wrote another on August 18th asking for the same as the first letter & more. I stated that I would write the DA and clerk of court if I didn't hear anything back again. My court date of 8/28 came and passed without me going and another court date of 9/15 ended up getting changed and put off again till 11/18. I ended up writing the clerk of court as I stated I would.

NC rule of lawyer communication states that a lawyer shall "Promptly" inform client... (Prompt: quick to act, given without delay, on time). Resonably consult meas of accomplishing clients objectives, reasonably inform about status, promptly comply with reasonable request and request of info, consult about relevant limitation, explain a matter necessary to permit client to make informed decisions regarding representation. Reasonable communication necessary for me to effectively participate in representation. If prompt response is not feasible, lawyer or member of lawyer's office shall acknowledge reciept of request and advise when a response may be expect-

3

ed.

   Two others in my block have Tarra
Collins also. One like me has never
talked to, met, or got mail from her or
her partner Aston Little. The other
has gotten visits from both at least
once a month. If she is communicat-
ing with him, having visits; why isn't
she seeing others on her case load in the
Same block? That is not equal protect-
ion of law or proper counsel. I fear
that I'm being deprived of the basic
requirments for normal equitable due
process. I should be allowed to
seek the civil relief needed to "right
the wrong." And to secure protection
for others.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

July 18th, August 18th, 8/28

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See "claim"

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To have the public defender office do its job up to federal + state regulations, To represent me and all other clients properly. $10,000 punitive. To move me to face my charges in a different district/county to recieve impartial due process due to my suits against Union Co. officials.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Union Co Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

N/A

_____

2.      What did you claim in your grievance?

N/A

_____

3.      What was the result, if any?

Told the jail could not give legal advice, talk to Public Defender

_____

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I stated they could look into it.

_____

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   No option for this problem

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Lawyer + legal assistant + clerk of court, No response

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   It's not necessary to plead exhaustion, subject couldn't be handled by grievance system, such that I was unable to file through no fault of my own.

   *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted," unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Greenville, TN  2012

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit            *N/A*

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes                    *N/A*

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

         Plaintiff(s)    Jeremiah Barwick

         Defendant(s)    Cathey et al

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

         Western District of NC Charlotte

    3.    Docket or index number

         3:25-cv-00620-GCM

    4.    Name of Judge assigned to your case

         Senior Judge Graham Mullen

    5.    Approximate date of filing lawsuit

         8/15/2025

    6.    Is the case still pending?

         ☑ Yes

         ☐ No

         If no, give the approximate date of disposition

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         Still pending

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/2/2025

Signature of Plaintiff

Printed Name of Plaintiff Jeremiah Barwick

Prison Identification # 512125

Prison Address 3344 Presson Rd

Monroe                    NC          28112
City                      State        Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                      State        Zip Code

Telephone Number

E-mail Address