UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-679-KDB

| JEREMIAH BARWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHIEF HEAD PUBLIC DEFENDER, et al., | )  ORDER |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff, a detainee at the Union County Jail, filed this civil rights action pursuant to 42 U.S.C. § 1983. [Doc. 1]. The Plaintiff applied to proceed in forma pauperis. [Doc. 5]. On October 1, 2025, the Court issued an Order denying the Plaintiff's IFP Application, finding him to be a "three-striker" pursuant to 28 U.S.C. § 1915(g), and requiring him to pay the full filing fee within 21 days. [Doc. 6]. The Plaintiff was cautioned that, "[s]hould the Plaintiff fail to comply, this case will be dismissed without further notice." [Id. at 2]. The Plaintiff then filed a "Motion/Petition to Appeal & Proceed" which was construed as a Motion for Reconsideration, and it was denied. [Docs. 7, 8]. The Court extended the Plaintiff's time to pay the filing fee until November 6, 2025. [Doc. 8]. The Plaintiff was again cautioned that, "[s]hould he fail to timely comply, this case will be dismissed and closed without further notice." [Id. at 4].

The Plaintiff has not paid the filing fee and the time to do so has expired. The Plaintiff appears to have abandoned this action and the Court is unable to proceed. This case will therefore be dismissed without prejudice. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to

comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-33 (1962) (although Rule 41(b) does not expressly provide for sua sponte dismissal, Rule 41(b) does not imply any such restriction and a court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

The Clerk is respectfully instructed to enter a Clerk's Judgment and to terminate this action.

**IT IS SO ORDERED.**

Signed: November 24, 2025

Kenneth D. Bell
United States District Judge